CUSTODY,  NRESTRAINT,  TERMINATED,

# U.S. District Court
## District of Oregon (Portland (3))
## CRIMINAL DOCKET FOR CASE # <u>3:18–mj–00231</u>–1

Case title: USA v. Schuchman

Other court case number:  3:18–CR–00095–01–SLG District of Alaska

Date Filed: 10/18/2018

Date Terminated: 10/19/2018

---

Assigned to: Unassigned

**Defendant (1)**

**Kenneth Currin Schuchman**
81082–065
*TERMINATED: 10/19/2018*

represented by **Bryan Francesconi**
Office of the Federal Public Defender
101 S.W. Main Street
Suite 1700
Portland, OR 97204
503–326–2123
Fax: 503–326–5524
Email: <u>bryan_francesconi@fd.org</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| 18:3148 – Rule 32.1 Violation of Pretrial Release | |

**Plaintiff**

**USA**                                                    represented by  **Paul T. Maloney**
                                                                          U.S. Attorney's Office
                                                                          1000 SW Third Avenue
                                                                          Suite 600
                                                                          Portland, OR 97204
                                                                          503–727–1012
                                                                          Fax: 503–727–1117
                                                                          Email: Paul.Maloney@usdoj.gov
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*
                                                                          *Designation: Retained*

Email All Attorneys

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/19/2018 | 1 | | Documents Received From Other Court as to Kenneth Currin Schuchman from District of Arizona Case No: 3:18–cr–00095–DMS (sss) (Entered: 10/19/2018) |
| 10/19/2018 | 2 | 3 | **Minutes of Proceedings:** Initial Appearance pursuant to Rule 5(c)(3) Proceedings before Magistrate Judge Jolie A. Russo as to Defendant Kenneth Currin Schuchman held 10/19/18. Order Appointing Counsel: Bryan Francesconi. Defendant waived preliminary/identity hearing. Defendant advised of rights. Order: Defendant committed to the Dist./AK at Anchorage for all further proceedings. Counsel Present for Plaintiff: Paul Maloney. Counsel Present for Defendant: Bryan Francesconi. Restraint Order: NR. (Court Reporter: Ryan White) (gm) (Entered: 10/19/2018) |
| 10/19/2018 | 3 | 4 | Waiver of Preliminary Examination or Hearing pursuant to Rule 5.1 by defendant Kenneth Currin Schuchman (schm) (Entered: 10/22/2018) |
| 10/19/2018 | 4 | 5 | Commitment to Another District as to Kenneth Currin Schuchman. Defendant committed to District of Alaska, at Anchorage. Original and two certified copies forwarded to U.S. Marshal on 10/22/2018. (schm) (Entered: 10/22/2018) |

```
MIME-Version:1.0
From:info@ord.uscourts.gov
To:nobody
Bcc:
--Case Participants: Bryan Francesconi (bryan_francesconi@fd.org, gwen_mcneir@fd.org),
Paul T. Maloney (caseview.ecf@usdoj.gov, kenneth.scanlon@usdoj.gov,
paul.maloney@usdoj.gov)
--Non Case Participants: U.S. Marshal Service (pdx.operations@usdoj.gov), U.S. Pretrial
Services (cmecf@orpt.uscourts.gov)
--No Notice Sent:

Message-Id:6377733@ord.uscourts.gov
Subject:Activity in Case 3:18-mj-00231 USA v. Schuchman Initial Appearance - Out of
District Warrant
Content-Type: text/html
```

## U.S. District Court

## District of Oregon

**Notice of Electronic Filing**

The following transaction was entered on 10/19/2018 at 3:27 PM PDT and filed on 10/19/2018

| | |
|---|---|
| **Case Name:** | USA v. Schuchman |
| **Case Number:** | 3:18−mj−00231 |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
 **Minutes of Proceedings: Initial Appearance pursuant to Rule 5(c)(3) Proceedings before Magistrate Judge Jolie A. Russo as to Defendant Kenneth Currin Schuchman held 10/19/18. Order Appointing Counsel: Bryan Francesconi. Defendant waived preliminary/identity hearing. Defendant advised of rights. Order: Defendant committed to the Dist./AK at Anchorage for all further proceedings. Counsel Present for Plaintiff: Paul Maloney. Counsel Present for Defendant: Bryan Francesconi. Restraint Order: NR. (Court Reporter: Ryan White) (gm)**

**3:18−mj−00231−1 Notice has been electronically mailed to:**

Bryan Francesconi &nbsp &nbsp bryan_francesconi@fd.org, gwen_mcneir@fd.org

Paul T. Maloney &nbsp &nbsp Paul.Maloney@usdoj.gov, CaseView.ECF@usdoj.gov,
kenneth.scanlon@usdoj.gov

**3:18−mj−00231−1 Notice will <u>not</u> be electronically mailed to:**

AO 466A (Rev. 07/16)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  3:18-MJ-00231 |
| | ) | |
| | ) | |
| KENNETH SCHUCHMAN | ) | Charging District's Case No.  3:18-CR-00095-01-SLG |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*            District of Alaska

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)    a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)    a hearing on any motion by the government for detention;

(6)    request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑    an identity hearing and production of the warrant.

☐    a preliminary hearing.

☐    a detention hearing.

☐    an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district.  I request that any preliminary or detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   10/19/18

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Bryon Francesconi
*Printed name of defendant's attorney*

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
### for the
### District of Oregon

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  3:18-MJ-00231 |
| | ) | |
| KENNETH SCHUCHMAN | ) | Charging District's |
| *Defendant* | ) | Case No.  3:18-CR-00095-01-SLG |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of  Alaska _____ ,

*(if applicable)* Anchorage _____ division.  The defendant may need an interpreter for this language:

_____ .

The defendant:  ☐ will retain an attorney.

☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:  10/19/2018

_____
*Judge's signature*

The Honorable Jolie A. Russo, U.S. Magistrate Judge
*Printed name and title*